UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>                Plaintiff,<br><br>       v.<br><br>CONDIT PROPERTIES, LLC,<br><br>                Defendant. | Case No.  1:23-cv-00758-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT CONDIT PROPERTIES, LLC AND TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 11) |

On July 13, 2023, the parties filed a stipulation to (1) set aside the default entered against Defendant Condit Properties, LLC and (2) extend the time for Defendant Condit Properties, LLC to respond to the complaint.  (Doc. 11.)  Defendant Condit Properties, LLC, proceeding with counsel, also filed an answer to the complaint.  (Doc. 12.)

For cause appearing, the parties' stipulation to set aside the default entered against Defendant Condit Properties, LLC is HEREBY GRANTED.  The Clerk of the Court is directed to vacate the entry of default as to Defendant Condit Properties, LLC.

IT IS FURTHER ORDERED that the time for Defendant Condit Properties, LLC's to respond to the complaint is GRANTED, nunc pro tunc.

IT IS SO ORDERED.

  Dated:   **July 14, 2023**                    /s/ *Barbara A. McAuliffe*           
                                                                UNITED STATES MAGISTRATE JUDGE

1