# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER, | Case No.: 1:23-cv-00758-BAM |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| CONDIT PROPERTIES, LLC, | |
| Defendant. | |

Pursuant to the agreement of the parties, Plaintiff Lee Dozier and Defendant Condit Properties, LLC have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. (*See* Doc. 14.) Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;
2. The parties shall notify the Court within thirty (30) days of completing the Voluntary Dispute Resolution Program; and
3. All case dates, including the Scheduling Conference currently set for August 15, 2023, are vacated subject to being reset by the Court as needed.

IT IS SO ORDERED.

Dated:   **July 18, 2023**              /s/ Barbara A. McAuliffe            _
UNITED STATES MAGISTRATE JUDGE